No. 96–7468.  GREEN v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 96–7470.  DODD v. OLIVER ET AL.  Sup. Ct. Ga.  Certiorari denied.

No. 96–7472.  DOUGLAS v. SYLVESTER ET AL.  C. A. 4th Cir. Certiorari denied.

No. 96–7476.  VANN v. DARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 96–7478.  THOMPSON v. TRUSTY, JUDGE, DISTRICT COURT OF KENTUCKY, KENTON COUNTY.  Cir. Ct. Kenton County, Ky. Certiorari denied.

No. 96–7480.  BUNNELL v. SHELL OIL STATION ET AL.  Ct. App. Ohio, Warren County.  Certiorari denied.

No. 96–7481.  HAWKINS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 96–7482.  HENDERSON v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 96–7483.  DYER v. STEVENS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 96–7485.  HOWARD v. CAIN, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 96–7486.  FITZPATRICK v. BOYER ET AL.  C. A. 9th Cir. Certiorari denied.

No. 96–7487.  MORGAN, AKA HOLLIDAY v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir. Certiorari denied.

No. 96–7488.  MMUBANGO v. MINNESOTA POLLUTION CONTROL AGENCY.  Ct. App. Minn.  Certiorari denied.

No. 96–7492.  GRACE ET AL. v. BURRILL ET AL.  C. A. 2d Cir. Certiorari denied.

No. 96–7497.  BURKS v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.